UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TRAVELL A. ARMSTRONG,**

      **Plaintiff,**

v.                                              Case No:  6:14-cv-1696-Orl-41KRS

**JOHN MORGAN, SR. , LINA LOPEZ,
REBEKAH LANGFORD, MRS.
KRISTAL, JOSEPH H. SHAUGHNESSY
and FRANCIS COPPOLA,**

      **Defendants.**
_____/

## ORDER

      THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying ("Motion to Proceed") (Doc. 2). United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation, in which she recommends that the Motion to Proceed be denied without prejudice and that Plaintiff's Complaint be dismissed without prejudice. (Report & Recommendation, Doc. 3, at 5). Additionally, Magistrate Judge Spaulding recommends that the Attachments to the Complaint (Doc. Nos. 1-1, 1-2, 1-3, 1-4, 1-5), be stricken for failure to comply with Federal Rule of Civil Procedure 5.2. (Report & Recommendation at 5).

      After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. Plaintiff's Motion to Proceed (Doc. 2) is **DENIED without prejudice**.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. Plaintiff may file an Amended Complaint and a renewed Motion to Proceed on or before **Thursday, December 4, 2014**. Failure to file within the allotted time will result in the closure of this case.

5. The clerk is directed to **STRIKE** the Attachments to the Complaint (Doc. Nos. 1-1, 1-2, 1-3, 1-4, 1-5) and remove these documents from the docket.

**DONE** and **ORDERED** in Orlando, Florida on November 20, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties